David R. Jordan, Ariz. Bar No. 013891
***The Law Offices of David R. Jordan, P.C.***
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
(505) 863-2205
Fax: (866) 604-5709
david@jordanlegal.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **DORANN ROANHORSE**,<br><br>　　　　Plaintiff,<br><br>　- vs. -<br><br>**METROPOLITAN LIFE INSURANCE COMPANY**, a corporation,<br><br>　　　　Defendant. | Cause No. _____<br><br><br>**COMPLAINT AND<br>DEMAND FOR JURY TRIAL** |

**COMES NOW** the Plaintiff **Dorann Roanhorse** and for her claims against Defendant Metropolitan Life Insurance Company alleges as follows:

**JURISDICTION**

1.  This is an action brought to recover ERISA plan benefits and equitable relief in accordance to 29 U.S.C. § 1332(a)(1)(B) and § 1332(a)(3). This Court has subject matter jurisdiction over this action in accordance with 29 U.S.C. § 1332(e).

1

**PARTIES**

2. Plaintiff Dorann Roanhorse is a citizen of the State of Arizona and resides in Apache County, Arizona.

3. Defendant Metropolitan Life Insurance Company is a New York corporation with its principal place of business located in New York City, New York. Defendant is registered with the Arizona Department of Insurance to write insurance in the State of Arizona, and is therefore generally present in the state for service of process.

**CLAIM FOR RELIEF**

4. Plaintiff is the beneficiary of a life and accidental death and dismemberment policy issued by Defendant, which insured the life of Freddie Roanhorse. Freddie Roanhorse was Plaintiff's husband.

5. Freddie Roanhorse died unexpectedly shortly before his body was found on August 20, 2011.  Mr. Roanhorse was found deceased in his car, with the keys in the ignition, and his seatbelt on, near his place of employment. Mr. Roanhorse's last activity was his travel to the place of his employment, however, he did not show for work as scheduled and his body was not discovered for several days until it was located in his car near his place of employment.

6. Mr. Roanhorse's death was investigated by the Navajo Nation Police, the Federal Bureau of Investigation, and the New Mexico Office of the Medical Investigator, who preformed an autopsy on Mr. Roanhorse. Mr. Roanhorse had not been

discovered for several days after his death, and due to the decomposition of his body, the autopsy could not determine an exact cause of death.

7. At the time of his death Mr. Roanhorse was employed by the Navajo Tribal Utility Authority and was insured by an employer provided policy issued by Defendant.

8. Among other benefits, the policy provided for a payout to Plaintiff in the event of an unexpected or accidental death.

9. The policy also provided an increased benefit as part of the accidental death & dismemberment section of the policy based upon safety features present in Mr. Roanhorse's car.

10. Defendant has wrongfully refused to pay any accidental death benefits, including the safety features benefits, to Plaintiff that are due and owing because of Mr. Roanhorse's accidental death.

11. In addition to wrongfully refusing to pay the accidental death benefits that it owes to Plaintiff, Defendant has breached its duty to appropriately review and decide her appeal and to provide her with all documents considered in denying her claim for accidental benefits.

**WHEREFORE**, having set forth her claim against Defendant Metropolitan Life Insurance Company, Plaintiff prays:

1. That judgment be entered against Metropolitan Life Insurance Company and for Dorann Roanhorse for the insurance benefits, including the safety benefits, plus 10% in pre-judgment interest thereon;

2.  For appropriate equitable relief to redress Metropolitan Life Insurance Company's failure to appropriately and timely decide Ms. Roanhorse's appeal and its failure to provide her with the documents it considered in denying her claim;

3.  For her attorney's fees and costs incurred herein; and

4.  For such other relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by jury on all triable issues.

RESPECTFULLY SUBMITTED this 20th day of June, 2013.

*The Law Offices of David R. Jordan, P.C.*

*/s/ David R. Jordan filed electronically 6/20/13*
David R. Jordan, Attorney for Plaintiff